EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACION DE SALAS DE VERANO | 2017 TSPR 82<br><br>198 DPR ____ |

Número del Caso: ES-2017-1

Fecha: 19 de mayo de 2017

Materia: Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS
DE VERANO                          ES-2017-1




RESOLUCIÓN


En San Juan, Puerto Rico, a 19 de mayo de 2017.

De conformidad con la Regla 4(d) del Reglamento de este Tribunal, culminada la sesión, se constituyen las siguientes salas para funcionar durante el receso:

Del 1 de julio al 31 de julio de 2017:

    Hon. Maite D. Oronoz Rodríguez, Presidenta
    Hon. Anabelle Rodríguez Rodríguez
    Hon. Mildred G. Pabón Charneco

Del 1 de agosto al 31 de agosto de 2017:

    Hon. Roberto Feliberti Cintrón, Presidente
    Hon. Luis F. Estrella Martínez
    Hon. Ángel Colón Pérez

Del 1 de septiembre al 30 de septiembre de 2017:

    Hon. Rafael L. Martínez Torres, Presidente
    Hon. Erick V. Kolthoff Caraballo
    Hon. Edgardo Rivera García

De ser necesario sustituir a algún juez o jueza que no intervenga en algún asunto, se seguirá el procedimiento establecido en la Regla 4(b) del Reglamento del Tribunal Supremo.

El Tribunal continuará certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan E. Dávila Rivera
Secretario del Tribunal Supremo